UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD SWANSON,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, et al.,<br><br>    Respondents. | CASE NO. CV 10-1805-DSF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

       2/7/11

    DATED:                              .


                                    _____
                                    DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\SwansonJudgment.wpd